IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| RT BAILEY CONSTRUCTION, INC. and HOUSE PLANS, INC., | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 124-061 |
| TOWNS AT SKINNER MILL LLC, VEERAL LAL KINGER, MONTE C. GRAY, and DHANESH KUMAR, | * * * * | |
| Defendants. | * * | |

O R D E R

Before the Court is Plaintiffs' second notice of voluntary dismissal without prejudice as to Defendant Monte C. Gray.[1] (Doc. 25.) "Rule 41(a) allows a district court to dismiss all claims against a particular defendant." City of Jacksonville v. Jacksonville Hosp. Holdings, L.P., 82 F.4th 1031, 1036 (11th Cir. 2023) (citations omitted). This motion was filed prior to Defendant Gray having served an answer or a motion for summary judgment. Upon due consideration, the Court finds dismissal proper under Federal Rule of Civil Procedure 41(a)(1)(A)(i).

IT IS THEREFORE ORDERED that this matter is **DISMISSED WITHOUT PREJUDICE** as to Defendant Gray. The Clerk is **DIRECTED** to **TERMINATE**

---

[1] Plaintiffs filed an initial notice of voluntary dismissal without prejudice as to Defendant Gray the day before they filed their second notice. (Docs. 24, 25.) The intent of both notices is to dismiss Defendant Gray without prejudice, but Plaintiffs filed the second notice to correct typographical errors made in the first notice. (Doc. 25, at 1.) Therefore, the Court takes the second notice (Doc. 25) under consideration, and Plaintiffs' initial notice (Doc. 24) is **DISMISSED AS MOOT**.

Defendant Gray as Party to this action and any motions pertaining to him.  This action shall remain pending in all respects as to the remaining Parties.  Each party shall bear its own costs and fees except as otherwise agreed.

**ORDER ENTERED** at Augusta, Georgia, this 31st day of July, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA