IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RT BAILEY CONSTRUCTION, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV 124-061 |
| | ) | |
| TOWNS AT SKINNER MILL LLC, et al., | ) | |
| | ) | |
| Defendants/Third-Party Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONTE C. GRAY, | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

_____

**O R D E R**

_____

Upon consideration, the Court **GRANTS** the joint request to stay discovery while the parties participate in mediation.  (Doc. no. 70.)  The Court **STAYS** discovery through and including June 16, 2025.  The parties shall advise the Court as to the status of the case by no later than June 20, 2025, and if the case is not resolved, the parties shall submit a jointly proposed Revised Scheduling Order by that same date.

SO ORDERED this 17th day of April, 2025, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA